IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC §<br>§<br>   Plaintiff,   § | CIVIL ACTION NO. 2:17-cv-22 -JRG |
| v.   § | JURY TRIAL DEMANDED |
| DELSEY LUGGAGE INC.   §<br>§<br>   Defendant.   § | |

## MOTION TO DISMISS VOLUNTARILY WITHOUT PREJUDICE

Plaintiff Symbology Innovations, LLC ("Symbology") pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims by Symbology against Defendant Delsey Luggage Inc., in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

Dated: March 22, 2017

Ferraiuoli LLC
*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

Jean G. Vidal Font
USDC No. 227811
Ferraiuoli LLC
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: jvidal@ferraiuoli.com

*Attorney(s) for Plaintiff
Symbology Innovations, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 22, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
